Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

      Attorneys for Defendant
      Freeway Insurance Services of America, LLC

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>      Defendant. | Case No. 6:25-cv-01869-MC<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

### LR 7-1(a) Certification

Counsel for defendant conferred with counsel for plaintiff regarding the extension sought. The motion is unopposed.

### Motion

Defendant Freeway Insurance Services of America, LLC, under Federal Rule of Civil Procedure 6(b), hereby moves the Court for a 28-day extension of time—through December 5, 2025—to answer or otherwise plead in response to Plaintiff's Class Action Complaint. Defendant states as follows in support:

Page 1 -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1.      Plaintiff filed the Class Action Complaint on October 12, 2025. ECF No. 1.

2.      Defendant was served with the Complaint on October 17, 2025, and its responsive pleading deadline is November 7, 2025. See Fed. R. Civ. P. 12(a)(1)(A).

3.      Since being served with the Complaint, Defendant and its counsel have worked diligently to investigate the allegations in the complaint, obtain the information necessary to respond to those allegations (some of which required contacting third parties and awaiting their responses), and prepare the appropriate responsive pleading. However, Defendant and its counsel need more time to complete the investigative process and draft a response.

4.      This is Defendant's first request for an extension, and no prejudice will result from granting Defendant's request.

5.      This request is made in good faith and not for any improper purpose or delay.

6.      As noted above, Defendant has conferred with Plaintiff, and Plaintiff does not object to the relief requested.

///

///

///

///

///

///

///

///

///

///

///

///

Page 2 -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Accordingly, Defendant respectfully requests that the Court grant this Motion and allow it until December 5, 2025, to answer, move, or otherwise respond to the complaint.

DATED:  November 4, 2025

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

WATSTEIN TEREPKA LLP

Ryan D. Watstein (pro hac vice forthcoming)
ryan@wtlaw.com
James M. Ruley (pro hac vice forthcoming)
jruley@wtlaw.com
75 14th St. NE, Ste. 2600
Atlanta, GA 30309
Telephone: (404) 782-0695

Attorneys for Defendant Freeway Insurance Services of America, LLC

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the date indicated below by:

☐      mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐      hand delivery,

☐      facsimile transmission,

☐      overnight delivery,

☒      electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine.  I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

     Attorneys for Plaintiff

    DATED:  November 4, 2025

                  *s/ Timothy J. Fransen*
                  Timothy J. Fransen

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019