UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHET MICHAEL WILSON

Plaintiff(s),

v.

FREEWAY INSURANCE SERVICES OF AMERICA, LLC

Defendant(s).

Case No.: 6:25-cv-01869-MC

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney Ryan D. Watstein requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Defendant Freeway Insurance Services of America, LLC

In support of this application, I certify that: 1) I am an active member in good standing with the Georgia State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name: Watstein          Ryan          D.
      *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Agency/firm affiliation: Watstein Terepka LLP

Mailing address: 75 14th Street NE, Ste. 2600

City: Atlanta    State: GA    Zip: 30309

Phone number: (404) 782-0695    Fax number:

Business e-mail address: ryan@wtlaw.com

**(2)** **BAR ADMISSION INFORMATION**:

    **(a)** State bar admission(s), date(s) of admission, and bar number(s):
   See Attachment A.

    **(b)** Other federal court admission(s) and date(s) of admission:
   See Attachment A.

**(3)** **CERTIFICATION OF DISCIPLINARY ACTIONS**:

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4)** **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)** **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 11/05/2025

_____
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Fransen                Timothy            J
       *(Last Name)*         *(First Name)*    *(MI)*    *(Suffix)*

OSB number: 073938

Agency/firm affiliation: Cosgrave Vergeer Kester LLP

Mailing address: 900 SW Fifth Ave., 24th Floor

City: Portland    State: OR    Zip: 97204

Phone number: (503) 323-9000    Fax number: (503) 323-9019

Business e-mail address: tfransen@cosgravelaw.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:25-cv-01869-MC.

DATED: 11/04/2025

*(Signature of Local Counsel)*

# **ATTACHMENT A**

Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 266019) | 01/07/2010 | Yes |
| Florida (Bar No.93945) | 11/17/2011 | Yes |

Georgia State Bar
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
Telephone: (404) 527-8700/(800) 334-6865

Florida State Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone: (850) 561-5600

Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the United States (315426) | 11/29/2021 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/01/2019 | Yes |
| U.S. Court of Appeals 11th Circuit | 10/13/2023 | Yes |
| U.S. Court of Appeals 9th Circuit | 05/21/2020 | Yes |
| U.S. Court of Appeals 6th Circuit | 12/07/2020 | Yes |
| U.S. Court of Appeals 3rd Circuit | 09/22/2022 | Yes |
| U.S. Court of Appeals 7th Circuit | 04/26/2024 | Yes |
| U.S. Court of Appeals 1st Circuit (121822) | 06/18/2025 | Yes |
| U.S.D.C., Northern District of Georgia | 07/19/2010 | Yes |
| U.S.D.C., Middle District of Georgia | 08/17/2010 | Yes |
| U.S.D.C, Southern District of Florida | 04/02/2012 | Yes |

| | | |
|---|---|---|
| U.S.D.C., Middle District of Florida | 09/02/2015 | Yes |
| U.S.D.C., Northern District of Florida | 05/04/2018 | Yes |
| U.S.D.C., Western District of Texas | 07/24/2025 | Yes |
| Georgia Supreme Court | 06/02/2015 | Yes |
| Georgia State and Superior Courts | 01/07/2010 | Yes |
| Florida Circuit Courts | 11/17/2011 | Yes |
| Florida District Courts of Appeal | 11/17/2011 | Yes |
| Florida Supreme Court | 11/17/2011 | Yes |

University of Florida, College of Law

Florida State University