Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Ryan D. Watstein, Admitted *Pro Hac Vice*
ryan@wtlaw.com
James M. Ruley, Admitted *Pro Hac Vice*
jruley@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th Street NE, Ste. 2600
Atlanta, GA 30309
Telephone: (404) 782-0695

    Attorneys for Defendant
    Freeway Insurance Services of America, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>    Defendant. | Case No. 6:25-cv-01869-MC<br><br>**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

### LR 7-1(a) Certification

Counsel for Defendant conferred with Counsel for Plaintiff regarding the extension sought. The Motion is unopposed.

Page 1 -   DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF
           TIME TO RESPOND TO COMPLAINT

## Motion

Defendant Freeway Insurance Services of America, LLC, under Federal Rule of Civil Procedure 6(b) and Local Rule 16-3, hereby moves the Court for a 30-day extension of time—through January 5, 2026—to answer or otherwise plead in response to Plaintiff's Class Action Complaint. Defendant states as follows in support:

1. Plaintiff filed the Class Action Complaint on October 12, 2025. ECF No. 1.

2. On November 7, 2025, this Court extended the deadline for Defendant to answer or otherwise respond to the Complaint through December 5, 2025, ECF No. 9.

3. Defendant and its counsel have continued to investigate the allegations, gather information, and prepare an appropriate response.

4. Defendant seeks additional time to voluntarily exchange information with Plaintiff's counsel in an effort to resolve or narrow the issues in this matter.

5. Additional time is also warranted due to delays in communication caused by the upcoming holidays and a family medical emergency affecting Defendant's counsel.

6. Accordingly, Defendant requests a further 30-day extension, through January 5, 2026, to answer, move, or otherwise respond to the Complaint.

7. This is Defendant's second request for an extension, and no prejudice will result from granting Defendant's request.

8. The Court has already set preliminary discovery and pre-trial deadlines. The parties will confer at the Rule 26(f) conference and propose a modified scheduling order, if necessary, for the Court's consideration.

9. This request is made for good cause and not for delay.

Page 2 -   **DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

For these reasons, Defendant respectfully requests that the Court grant this Motion and allow it until January 5, 2026, to answer, move, or otherwise respond to the complaint.

DATED: November 25, 2025

        COSGRAVE VERGEER KESTER LLP

        *s/ Timothy J. Fransen*
        Timothy J. Fransen, OSB No. 073938
        tfransen@cosgravelaw.com
        Telephone: (503) 323-9000
        Facsimile: (503) 323-9019

        WATSTEIN TEREPKA LLP

        Ryan D. Watstein, Admitted *Pro Hac Vice*
        ryan@wtlaw.com
        James M. Ruley, Admitted *Pro Hac Vice*
        jruley@wtlaw.com
        75 14th St. NE, Ste. 2600
        Atlanta, GA 30309
        Telephone: (404) 782-0695

        Attorneys for Defendant Freeway Insurance Services of America, LLC

Page 3 -   DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave.
Glenside, PA 19038
a@perronglaw.com
    Attorneys for Plaintiff

DATED:  November 25, 2025

*s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 – CERTIFICATE OF SERVICE

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019