Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, GA 30309
Telephone: (404) 783-0695

Attorneys for Defendant
Freeway Insurance Services of America, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>　　　　　Defendant. | Case No. 6:25–cv–01869–MC<br><br>**DEFENDANT FREEWAY INSURANCE SERVICES OF AMERICA, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Page 1 - **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Freeway Insurance Services of America, LLC discloses the following:

1. Defendant Freeway Insurance Services America, LLC has the following parent companies:

    a. Confie Risk Solutions, LLC

    b. Confie Holding Co.

    c. Confie Holding II Co.

    d. CSHC Intermediate Holdings, Inc.

    e. Alliant Insurance Services, Inc.

2. No publicly held corporation owns 10% or more of Alliant Insurance Services, Inc.'s stock.

Dated: January 5, 2026.

                Respectfully submitted,

                *s/ Timothy J. Fransen*
                Timothy J. Fransen, OSB No. 073938
                tfransen@cosgravelaw.com
                **COSGRAVE VERGEER KESTER LLP**
                900 SW Fifth Avenue, 24th Floor
                Portland, Oregon 97204
                Telephone: (503) 323-9000
                Facsimile: (503) 323-9019

                Ryan D. Watstein (*Pro Hac Vice*)
                ryan@wtlaw.com
                James M. Ruley (*Pro Hac Vice*)
                jruley@wtlaw.com
                **WATSTEIN TEREPKA LLP**
                75 14th Street NE, Ste. 2600
                Atlanta, GA 30309
                Telephone: (404) 783-0695

                Attorneys for Defendant Freeway Insurance Services of America, LLC

Page 2 - **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:(503) 323-9000
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

> Andrew Roman Perrong
> Perrong Law LLC
> 2657 Mt. Carmel Ave.
> Glenside, PA 19038
> a@perronglaw.com
> Attorneys for Plaintiff

DATED: January 6, 2026

> *s/ Timothy J. Fransen*
> Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:(503) 323-9000
Facsimile: (503) 323-9019