Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: 215-225-5529

Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION FILE NO. **6:25-cv-1869** |
| Plaintiff, | : : | NOTICE OF WITHDRAWAL OF MOTION AND BRIEF IN SUPPORT OF |
| v. | : : | MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| FREEWAY INSURANCE SERVICES OF AMERICA, LLC, | : : | TCPA (47 U.S.C. § 227) |
| Defendant. | : : | DEMAND FOR JURY TRIAL |

### NOTICE OF WITHDRAWAL OF MOTION

Plaintiff Chet Michael Wilson respectfully gives notice that he withdraws his previous

motion for voluntary dismissal (ECF No. 17), pending further conferral between the Parties.

RESPECTFULLY SUBMITTED AND DATED this 15th day of May, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
OSB No. 243320
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: 215-225-5529
a@perronglaw.com

Lead Attorney for Plaintiff and the Proposed Class

1

Mot. Volun. Dismiss

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong

Mot. Volun. Dismiss