UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

_____

CHET WILSON, ET.AL.                )
                                   )
          PLAINTIFF,               )
                                   ) CAUSE NO. 6:25-CV-00376
VS.                                )
                                   )
SKOPOS FINANCIAL, LLC              )
D/B/A REPRISE FINANCIAL            )
                                   )
          DEFENDANT.               )
_____

DEPOSITION UPON ORAL EXAMINATION OF

BRIAN ███████

ALL PARTIES APPEARED VIA ZOOM VIDEO-CONFERENCING

_____

NOVEMBER 6, 2025

9:00 AM

REPORTED BY: DAISY CORTEZ, OREGON CSR NO. 240118

APPEARANCES


ON BEHALF OF PLAINTIFF:

        PATRICK PELUSO
        PELUSO LAW LLC
        865 ALBION STREET, STE 250
        DENVER, COLORADO 80220
        PPELUSO@PELUSOLAWFIRM.COM

ON BEHALF OF DEFENDANT:

        C. DUNHAM BILES
        BILES WILSON, PLLC
        457 LAURANCE DRIVE, SUITE 195
        HEATH, TEXAS 75032
        DUNHAM@BILESWILSON.COM

DEPOSITION OF BRIAN ████

THURSDAY, NOVEMBER 6, 2025

REPORTED BY: DAISY CORTEZ, CSR #1048532

INDEX

EXAMINATION BY                                          PAGE

MR. BILES ........................................5

MR. PELUSO ......................................19

EXHIBITS

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | Subpoena | 6 |
| EXHIBIT 2 | E-mails between Jeremy Wilson and Brian ████ dated October 27 – October 30 | 8 |
| EXHIBIT 3 | E-mails between Jeremy Wilson and Brian ████ dated October 27 – November 5 | 9 |
| EXHIBIT 4 | Application | 14 |

OREGON, THURSDAY, NOVEMBER 6, 2025

9:00 AM

DEPOSITION OF BRIAN ████

-oOo-

THE COURT REPORTER:  We're on the record.  My name is Daisy Cortez.  I'm a certified court reporter for the State of Oregon.  My Oregon Certificate number is 1048532.

Will Mr. ████ please raise your right hand to be sworn.

Whereupon,

BRIAN ████

having been first duly sworn by the court reporter to testify to the truth, the whole truth, and nothing but the truth, was examined and testified under oath as follows:

THE COURT REPORTER:  Okay.  You may proceed. Counsel.

MR. BILES:  Good morning, Mr. ████.  My name is Dylan Biles.  I represent the defendant in this case.

Can you please state your full name for the record?

THE WITNESS:  Yeah, my name is Brian ████

MR. BILES:  And Brian, we're going to try to

get this done as quickly as possible.  And actually, the setup for this is going to take way longer than the substantive questions I have to ask you, so.  Just, can you just tell us, have you ever had your deposition taken before?

THE WITNESS:  I have not.

MR. BILES:  Okay.  So let me just go over a couple ground rules.  So I will ask you questions, and if you interrupt me -- well, I'll ask a question and then you can give your answer, and I won't interrupt you while you're giving your answer.  Can we agree to that?

THE WITNESS:  Sounds good.

EXAMINATION

BY MR. BILES:

Q.  There's nothing -- I'll tell you about breaks, but this is going to take a half an hour, so.

Is there any reason you'd be unable to tell the truth today?

A.  No, there's not.

Q.  Okay.  Are you on any medications that could affect your ability to remember things correctly or otherwise testify correctly?

A.  I'm not.

Q.  Did you do anything to prepare for this

deposition?

A.   I was -- I forwarded a bunch of emails, but that's all that I've done for this.

Q.   Okay.  Have you ever spoken with Chet Wilson?

A.   I have not.

Q.   Do you know who Chet Wilson is?

A.   No idea.

Q.   Have you ever spoken with Mr. Peluso?

A.   No, I've not.

Q.   Have you ever spoken with a Neal Weingart?

A.   I have not.

MR. BILES:  Okay.  Julia, would you put the subpoena up, please, which will be Exhibit 1?

(Exhibit 1 marked for identification.)

MS. COONS:  Yes.  One moment.  Just opening it up.

MR. BILES:  I don't think that's a subpoena, but it's nice.

MS. COONS:  It's not.  We're getting there. Hold on.  I'm sorry.  My Adobe, it's not responding.

BY MR. BILES:

Q.   While we wait on that, Mr. ████ did you -- did you receive a subpoena for me -- from me?

A.   I received a subpoena.  I honestly, I don't remember what the name that was on it.

Q.   Did you receive a subpoena issued in this case?

A.   Yes.

Q.   And do you recall that that requested that you produce certain documents?

A.   Yes.

Q.   And did you -- what efforts did you undertake to gather documents responsive to that subpoena?

A.   I searched through my email addresses that have received documents from -- from -- I can't remember, but the Lending Tree and Reprise Financial. And I searched and forwarded everything that I'd received from both of those places.

Q.   Okay.  And let's go back.  Is this -- did you receive -- and Julia, you can scroll down as Mr. █████ tells you to, but can you identify this document and tell us whether that's what you received?

A.   Yes, that looks like what I received.

Q.   Excellent.  And can you tell us what two email addresses you searched?

A.   Yes, it was pylum13@gmail.com and pylum@live.com.

MR. BILES:  Okay.  And Julia was -- would you pull up the first of the emails Mr. █████ sent?

MS. COONS:  Yes.

BY MR. BILES:

Q. Well, we'll mark this email as Exhibit 2.

(Exhibit 2 marked for identification.)

Mr. ████ can you identify Exhibit No. 2 for us? Meaning, can you tell us what that is? Sorry.

A. Sorry, what am I doing?

Q. Can you tell us what that email is? Can you identify it?

A. Yeah, this was me sending the emails that I'd received.

Q. Okay. So Exhibit No. 2 is an email from you to Jeremy Wilson at bileswilson.com in which you're -- you've attached email zips attaching emails responsive to the subpoena; is that correct?

A. Yes.

Q. Okay. And Julia, would you pull up the next one which will be Exhibit 3.

Let's go back and talk about Exhibit 2. Mr. ████ the emails and the documents that you sent responsive to this Peanuts. Were those true and correct copies of those documents?

A. Yes.

Q. And those are, I think you already said those are documents you received either from LendingTree or Reprise; is that correct?

A.   Yes.

Q.   Now, this is now Exhibit No -- no, that's still Exhibit 2.

Julia, can you pull up the November email? There we go.

And then, Mr. ███████ this is Exhibit 3, which is an email from you to Jeremy Wilson dated November 5th.  Do you see that?

(Exhibit 3 marked for identification.)

A.   Yes.

Q.   And so is it correct that in this email you forwarded the responsive documents to the subpoena that you could find at an email address pylum@live.com?

A.   Yes.

Q.   And the documents that are included therein, were those true and accurate copies of documents that were in your possession, custody, or control?

A.   Yes.

Q.   And those were documents you either received from LendingTree or Reprise; is that correct?

A.   Yes.

Q.   And did you do the best to produce every responsive document that you could find?

A.   Yes.

Q.   Mr. ██████ at some point did you go to

LendingTree and apply to get a loan?

A.    I started the process to see what I was eligible for, yes.

Q.    Okay.  And what's your recollection of when you did that?

A.    I believe that I've tried twice.  Late last year, and then earlier this year.

Q.    Let's start with late last year; do you think that was in November of 2024?

A.    That sounds about right.

Q.    And why did you initiate that process with LendingTree?

A.    I was just looking through a bunch of places online to look for debt consolidation loans and they were one of the places that popped up in the Google search.

Q.    And so you're -- were you attempting to borrow money for purposes of consolidating debt?

A.    Yes.

Q.    And did you provide -- wait, let's back up.

How did you do this?  Did you do it online?  You do it on a phone call?  How did you initiate this process?

A.    Online.

Q.    And that was at -- was at LendingTree.com?

A.   I believe so.  I don't remember specifically.

Q.   And so you went online and then what happened next, while you're online?

A.   I went through the site.  I just was going through the early processes of seeing if I qualified for anything, and I didn't move very far into the process because I didn't get results back that I was looking for.

Q.   Did you provide certain personal information about yourself?

A.   Yes.

Q.   What's your recollection of what information you provided in that at that time?

A.   It just would have been the bare minimum information just to get what I was looking for.  So, name and email address.

Q.   Do you recall whether you provided a phone number at that time?

A.   Potentially.  I mean, usually when I'm going through these online places, I usually give a fake phone number because I don't like getting the spam calls.

Q.   Okay.  What is your recollection about this time?  Do you remember providing a phone number that's 501-999-9999?

A.    Probably.  I mean, it's -- it's a fake phone number that doesn't go anywhere to my knowledge.  So it's would have been something I put in there.

Q.    So how would you come up with that number?

A.    It sounds like a fake phone number that doesn't belong to anybody in the area.

Q.    And 501 happens to be your area code; is that right?

A.    Correct, yes.

Q.    Where do you live, sir?

A.    I live in Roseburg, Oregon.

Q.    Okay, now how long have you lived there?

A.    My entire life.

Q.    Okay.  And so 541-999-9999 is not your number?

A.    It is not.

Q.    It's never been your number.

A.    Correct.

Q.    Do you recall at that time that you're online that you, whether you authorized -- well, let's back up.

Why did you enter a number that wasn't yours?

A.    I didn't want to receive spam calls to my phone number.  I was just hoping for email response and it wouldn't let me proceed without entering a phone

number.

Q.    And when you -- when you entered that phone number, did you understand that you were authorizing LendingTree and its partners to contact you at that number?

A.    I mean, I guess -- guess so, but you know, to my knowledge, it's not a real phone number, so...

Q.    But you understood that -- you entered a fake number to avoid them contacting you; is it fair they would in fact be contacting you?

A.    Right.  Yeah.

Q.    But you provided a correct email address, is that true?

A.    Yes.

Q.    You're, I guess, trying to force them to, to successfully contact you, they're going to have to send an email.

A.    Yes, that was my hope.

Q.    Hey, Julia, would you trying to figure out the -- where you have this in this binder, B3?

Mr. ████ this will be Exhibit 4.  Do you see here that this is -- this says it's a Reprise document at the top left.  And then it says application date of November 14, 2024.  And the application source lining tree, do you see that?

(Exhibit 4 marked for identification.)

A.   Yes.

Q.   And it lists you as the applicant.  You see that?

A.   Yes.

Q.   Does that refresh your recollection that you would have done this process on November 14, 2024?

A.   Yeah, that looks correct.

Q.   And is the address listed in fact your address at that time?

A.   Yes.

Q.   And is that address still yours today?

A.   Yes.

Q.   And then is the date of birth of March 13, 1987, correct?

A.   Yes.

Q.   Last for your Social Security is at 8206.

A.   Yes.

Q.   And then it says applicant email is pylum@live.com and that's yours, correct?

A.   Yes.

Q.   In fact, that's one of the email addresses that you search to provide documents responsive to the subpoena.  And then there's the phone number that we discussed.  501-999-9999; is that correct?

A.   Yes.

Q.   And did you -- does that refresh your recollection that that's information that you provided via LendingTree?

A.   Yes.

Q.   Were you seeking a loan of $30,000?  You'll see it says requested amount.

A.   Yes.

Q.   Is it correct your intent was just to come up with the number that was a nobody had?

A.   Yes.  Correct.

Q.   But you do you understand that in this case Mr. Wilson is alleging that that's his actual phone number?

A.   I didn't realize that.

Q.   Okay.

Julia, would you pull up B4 to be Exhibit 5. If I can count correctly.  I'm a lawyer, that's not my thing.

Mr. ███████ do you recognize this screen as one that appeared while you were using LendingTree's website?

A.   I mean, it looks like something I would have come across.

Q.   Okay.  And it says on the first bullet, "I

provide my express written consent to receive calls and text messages, including for marketing purposes from LendingTree, LendingTree's network partners, members of LendingTree's extended network, and any authorized third party calling or texting on behalf of LendingTree or its network partners or extended network, including calls and texts made through automated means such as auto dialers, selection systems, and prerecorded or artificial voice recordings.  Even if my number is listed on any company, specifically state or federal do not call list."

Did you see that portion of the first bullet?

A.   I mean, it's there, but I -- I wouldn't have read it.

Q.   But you do recall entering your phone number and hitting continue?

A.   Yes.

Q.   I'm sorry, let's back up.

You do recall entering 541-999-9999 and hitting continue; is that correct?

A.   Yes.

Q.   And you wanted to be contacted about your loan possibilities; is that true?

A.   By email, yes.

Q.   Yes.  But you entered a number, correct?

A.   Correct.

Q.   Okay.  And then you -- and to the extent you were able to find any emails that you received in connection with this, did you produce all those?

A.   Everything I could find, yes.

Q.   And you mentioned that you did this again more recently and, this, meaning went to LendingTree to start a process of borrowing money in 2025?

A.   I don't remember if it was LendingTree specifically, but I know I've looked through a couple different websites for the same information.

Q.   Okay.  And did you -- were you contacted by Reprise in response to that?

A.   I received a few emails from them.  Again, I don't remember the dates on all the emails I received, but those were all forwarded.

Q.   Did you have a different phone number that time?

A.   It's possible, but I don't know for certain.

Q.   Did you enter your actual phone number at this time?

A.   I don't believe so.

Q.   And Mr. ██████ let's just go back for a minute.  Can you just tell us a little bit about your basic background, what your education is; whether

you're married.

A.    Yeah, so I'm married.  I've been married for 18 years.  I have completed some college.  I switched degrees a couple times and then ended up not needing to continue with college because of the job that I have.

Sorry, I don't know what else do you need me to explain?

Q.    How old are you?

A.    I'm 38.

Q.    And you don't have -- do you have any involvement in the lawsuit that we're deposing you about today?

A.    I have no idea about the lawsuit other than what we've gone over today.

Q.    Yeah.  And -- and you -- you've simply saw the subpoena and responded to it and that's all you know about the lawsuit?

A.    Correct.

Q.    And is there any reason why your testimony today, you, you wouldn't be telling the truth.

A.    There's no reason I wouldn't be telling the truth.

MR. BILES:  Can you give me one minute and I'll be right back?

THE WITNESS:  Yes.

MR. BILES:  I'll pass the witness.

Patrick, do you have any questions?

BY MR. PELUSO:

Q.  Sorry, guys.  Yes, very briefly.  Mr. Biles asked most of what I would have wanted to ask, so I --

MR. BILES:  Sorry, Julia, you can take the exhibit down.

MS. COONS:  Yeah, absolutely.

EXAMINATION

BY MR. PELUSO:

Q.  Mr. ▮▮▮▮▮ my name is Patrick Peluso.  I represent the plaintiff, Chet Wilson in this case.  So just following up with what Reprise's attorney, Mr. Biles, asked you.  I just have a couple follow up questions and then should be able to let you on your way.  I appreciate your time today.

The first thing I just want to clarify, when you went on LendingTree and were entering some of your personal information as you discussed earlier, was it your understanding that you were filling out a loan application and applying for a loan, or is it more you were just trying to find out what's out there?

A.  My understanding is I was just seeing what sort of things I could qualify for without actually moving forward with anything.

Q.    Understood.  And at the time that you were,
you know, completing the various forms, the various
pages on the LendingTree website, were you aware of a
company called Reprise Financial?

A.    No.

Q.    When did you first hear about Reprise
Financial?

A.    I mean, the first time that I really can
recall knowing the name is when I got the subpoena.

Q.    Understood.  And that was obviously after you
had entered this information, it wasn't your intent to
apply for a loan with Reprise Financial?

A.    Correct.

Q.    After you entered your information on the
LendingTree website, did you hear from any other
companies sort of around the same time that you heard
from Reprise?

A.    Through email or -- is that what you're
asking?

Q.    Either one.  I think you mentioned that you
got emails from Reprise, you obviously didn't get
anything by phone because you entered a phone number
that was not your number, but did you get other emails
from companies other than Reprise, sort of, as a result
of your -- your inquiry through LendingTree?

A.   I would have, because there would have been a few different websites that I was looking through.

Q.   Okay.  Do you know if any of the contacts specifically was as a result of the LendingTree website interaction?

A.   I wouldn't know.  I'm sorry.

Q.   Okay.  Do you recall any of the names of those companies, you know, the companies other than Reprise that maybe reached out to you with, you know, information about loans?

A.   Not off the top of my head.

MR. PELUSO:  Okay.  All right, I think that's all I've got.

Dunham, if you have any redirect there.

MR. BILES:  Yeah, give me -- give me 30 seconds.

MR. PELUSO:  Okay.

MR. BILES:  No further questions, Mr. ████. Thank you very much for your time.

THE WITNESS:  You're welcome.

MR. BILES:  Julia, make sure you send all the exhibits to the court reporter.

MS. COONS:  Yes, absolutely.

THE COURT REPORTER:  Sorry.  Yes.  And just before we go off the record, are you going to be

ordering the transcript?

MR. BILES:  Yes.

MR. PELUSO:  Me, too.

THE COURT REPORTER:  Okay.  All right.  And would you like him to read and sign his transcript?

MR. BILES:  Yes.  Mr. ██████ do you want to read and make sure it's all correct or before it becomes a final version of your deposition?

THE WITNESS:  No, I don't think I have any reason to.

MR. BILES:  Okay.

THE COURT REPORTER:  Okay.  All right.  We're off the record.  It is 9:29 AM.

(The deposition concluded at 9:29 AM.)

State of Oregon     )
                    ) ss.
County of EUGENE    )

I, Daisy E. Cortez, CVR, a Certified Shorthand Reporter in and for the State of Oregon, do hereby certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported by stenotype all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 22 pages contains a full, true, and correct transcript of said proceedings reported by me to the best of my ability on said date.

If any of the parties or the witness requested review of the transcript at the time of the proceedings, such correction pages are included.

IN WITNESS WHEREOF, I have set my hand this 17TH day of NOVEMBER, 2025.

_____
Daisy E. Cortez
Oregon CSR No. 240118

Brian ███████
November 06, 2025

## Exhibits

EX 0001 Brian ███████ 11062
5
3:12 6:13,14

EX 0002 Brian ███████ 11062
5
3:13 8:2,3,
4,11,18 9:3

EX 0003 Brian ███████ 11062
5
3:15 8:17
9:6,9

EX 0004 Brian ███████ 11062
5
3:18 13:21
14:1

EX 0005 Brian ███████ 11062
5
15:17

## $

$30,000
15:6

## -

-000-
4:4

## 1

1
6:13,14
1048532
4:8
13
14:14
14

13:24 14:7
18
18:3
1987
14:15

## 2

2
8:2,3,4,11,
18 9:3
2024
10:9 13:24
14:7
2025
4:1 17:8

## 3

3
8:17 9:6,9
30
21:16
38
18:9

## 4

4
13:21 14:1

## 5

5
15:17
501
12:7
501-999-9999
11:25 14:25
541-999-9999
12:14 16:19
5th
9:8

## 6

6
4:1

## 8

8206
14:17

## 9

9:00
4:2
9:29
22:13,14

## A

ability
5:22
able
17:3 19:15
absolutely
19:8 21:23
accurate
9:16
across
15:24
actual
15:13 17:20
address
9:13 11:16
13:12 14:9,
10,12
addresses
7:9,20 14:22
Adobe
6:20
affect
5:22
agree
5:11
alleging
15:13

amount
15:7
answer
5:10,11
anybody
12:6
appeared
15:21
applicant
14:3,19
application
13:23,24
19:21
apply
10:1 20:12
applying
19:21
appreciate
19:16
area
12:6,7
around
20:16
artificial
16:9
asked
19:5,14
asking
20:19
attached
8:13
attaching
8:13
attempting
10:17
attorney
19:13
authorized
12:20 16:4
authorizing
13:3
auto
16:8
automated
16:7

avoid
13:9
aware
20:3

---

**B**

---

B3
13:20
B4
15:17
back
7:14 8:18
10:20 11:7
12:20 16:18
17:23 18:24
background
17:25
bare
11:14
basic
17:25
behalf
16:5
believe
10:6 11:1
17:22
belong
12:6
best
9:22
Biles
4:19,20,25
5:7,15 6:12,
17,21 7:23
8:1 18:23
19:1,4,6,14
21:15,18,21
22:2,6,11
bileswilson.
com
8:12
binder
13:20
birth
14:14

bit
17:24
borrow
10:18
borrowing
17:8
breaks
5:17
Brian
4:3,12,24,25
briefly
19:4
bullet
15:25 16:12
bunch
6:2 10:13

---

**C**

---

call
10:22 16:11
called
20:4
calling
16:5
calls
11:22 12:23
16:1,7
case
4:21 7:2
15:12 19:12
certain
7:5 11:9
17:19
Certificate
4:7
certified
4:6
Chet
6:4,6 19:12
clarify
19:17
code
12:7
college
18:3,5

come
12:4 15:9,24
companies
20:16,24
21:8
company
16:10 20:4
completed
18:3
completing
20:2
concluded
22:14
connection
17:4
consent
16:1
consolidating
10:18
consolidation
10:14
contact
13:4,16
contacted
16:22 17:12
contacting
13:9,10
contacts
21:3
continue
16:16,20
18:5
control
9:17
COONS
6:15,19 7:25
19:8 21:23
copies
8:21 9:16
correct
8:14,21,25
9:11,20
12:9,18
13:12 14:8,
15,20,25
15:9,11
16:20,25

17:1 18:18
20:13 22:7
correctly
5:22,23
15:18
Cortez
4:6
Counsel
4:18
count
15:18
couple
5:8 17:10
18:4 19:14
court
4:5,6,13,17
21:22,24
22:4,12
custody
9:17

---

**D**

---

Daisy
4:6
date
13:24 14:14
dated
9:7
dates
17:15
debt
10:14,18
defendant
4:20
degrees
18:4
deposing
18:11
deposition
4:3 5:4 6:1
22:8,14
dialers
16:8
different
17:11,17

21:2

**discussed**
14:25 19:19

**document**
7:16 9:23
13:23

**documents**
7:5,8,10
8:19,21,24
9:12,15,16,
19 14:23

**doing**
8:6

**duly**
4:13

**Dunham**
21:14

**Dylan**
4:20

---

**E**

---

**earlier**
10:7 19:19

**early**
11:5

**education**
17:25

**efforts**
7:7

**either**
8:24 9:19
20:20

**eligible**
10:3

**email**
7:9,20 8:2,
7,11,13 9:4,
7,11,13
11:16 12:24
13:12,17
14:19,22
16:24 20:18

**emails**
6:2 7:24
8:9,13,19
17:3,14,15

20:21,23

**ended**
18:4

**enter**
12:22 17:20

**entered**
13:2,8 16:25
20:11,14,22

**entering**
12:25 16:15,
19 19:18

**entire**
12:13

**EXAMINATION**
5:14 19:9

**examined**
4:15

**Excellent**
7:19

**exhibit**
6:13,14 8:2,
3,4,11,17,18
9:2,3,6,9
13:21 14:1
15:17 19:7

**exhibits**
21:22

**explain**
18:7

**express**
16:1

**extended**
16:4,6

**extent**
17:2

---

**F**

---

**fact**
13:10 14:9,
22

**fair**
13:9

**fake**
11:20 12:1,5
13:8

**far**
11:6

**federal**
16:10

**figure**
13:19

**filling**
19:20

**final**
22:8

**Financial**
7:11 20:4,7,
12

**find**
9:13,23
17:3,5 19:22

**first**
4:13 7:24
15:25 16:12
19:17 20:6,8

**follow**
19:14

**following**
19:13

**follows**
4:16

**force**
13:15

**forms**
20:2

**forward**
19:25

**forwarded**
6:2 7:12
9:12 17:16

**full**
4:22

---

**G**

---

**gather**
7:8

**getting**
6:19 11:21

**give**
5:10 11:20

18:23 21:15

**giving**
5:11

**going**
4:25 5:2,17
11:4,19
13:16 21:25

**good**
4:19 5:13

**Google**
10:15

**ground**
5:8

**guess**
13:6,15

**guys**
19:4

---

**H**

---

**half**
5:17

**hand**
4:9

**happened**
11:2

**head**
21:11

**hear**
20:6,15

**heard**
20:16

**Hey**
13:19

**hitting**
16:16,20

**Hold**
6:20

**honestly**
6:24

**hope**
13:18

**hoping**
12:24

**hour**
5:17

| I | K | | mean |
|---|---|---|---|
| | | 14:3 | 11:19 12:1 |
| | | little | 13:6 15:23 |
| idea | know | 17:24 | 16:13 20:8 |
| 6:7 18:13 | 6:6 13:6 | live | meaning |
| identification | 17:10,19 | 12:10,11 | 8:5 17:7 |
| 6:14 8:3 9:9 | 18:6,17 20:2 | lived | means |
| 14:1 | 21:3,6,8,9 | 12:12 | 16:7 |
| identify | knowing | loan | medications |
| 7:16 8:4,8 | 20:9 | 10:1 15:6 | 5:21 |
| included | knowledge | 16:23 19:20, | members |
| 9:15 | 12:2 13:7 | 21 20:12 | 16:3 |
| including | | loans | mentioned |
| 16:2,6 | L | 10:14 21:10 | 17:6 20:20 |
| information | | long | messages |
| 11:9,12,15 | late | 12:12 | 16:2 |
| 15:3 17:11 | 10:6,8 | longer | minimum |
| 19:19 20:11, | lawsuit | 5:2 | 11:14 |
| 14 21:10 | 18:11,13,17 | look | minute |
| initiate | lawyer | 10:14 | 17:24 18:23 |
| 10:11,22 | 15:18 | looked | moment |
| inquiry | left | 17:10 | 6:15 |
| 20:25 | 13:23 | looking | money |
| intent | Lending | 10:13 11:8, | 10:18 17:8 |
| 15:9 20:11 | 7:11 | 15 21:2 | morning |
| interaction | Lendingtree | looks | 4:19 |
| 21:5 | 8:24 9:20 | 7:18 14:8 | move |
| interrupt | 10:1,12 13:4 | 15:23 | 11:6 |
| 5:9,10 | 15:4 16:3,5 | | moving |
| involvement | 17:7,9 19:18 | M | 19:25 |
| 18:11 | 20:3,15,25 | | |
| issued | 21:4 | made | N |
| 7:1 | Lendingtree's | 16:7 | |
| | 15:21 16:3,4 | make | name |
| J | Lendingtree. | 21:21 22:7 | 4:6,20,22,24 |
| | com | March | 6:25 11:16 |
| Jeremy | 10:25 | 14:14 | 19:11 20:9 |
| 8:12 9:7 | life | mark | names |
| job | 12:13 | 8:2 | 21:7 |
| 18:5 | lining | marked | Neal |
| Julia | 13:25 | 6:14 8:3 9:9 | 6:10 |
| 6:12 7:15,23 | list | 14:1 | need |
| 8:16 9:4 | 16:11 | marketing | 18:6 |
| 13:19 15:17 | listed | 16:2 | needing |
| 19:6 21:21 | 14:9 16:10 | married | 18:4 |
| | lists | 18:1,2 | |

Brian ▮▮▮▮▮▮
November 06, 2025

network
  16:3,4,6
never
  12:17
nice
  6:18
November
  4:1 9:4,8
  10:9 13:24
  14:7
number
  4:7 11:18,
  21,24 12:2,
  4,5,15,17,
  22,24 13:1,
  3,5,7,9
  14:24 15:10,
  14 16:9,15,
  25 17:17,20
  20:22,23

O

oath
  4:15
obviously
  20:10,21
Okay
  4:17 5:7,21
  6:4,12 7:14,
  23 8:11,16
  10:4 11:23
  12:12,14
  15:16,25
  17:2,12
  21:3,7,12,17
  22:4,11,12
one
  6:15 8:17
  10:15 14:22
  15:21 18:23
  20:20
online
  10:14,21,24
  11:2,3,20
  12:19

opening
  6:15
ordering
  22:1
Oregon
  4:1,7 12:11

P

pages
  20:3
partners
  13:4 16:3,6
party
  16:5
pass
  19:1
Patrick
  19:2,11
Peanuts
  8:20
Peluso
  6:8 19:3,10,
  11 21:12,17
  22:3
personal
  11:9 19:19
phone
  10:22 11:17,
  21,24 12:1,
  5,24,25
  13:2,7 14:24
  15:13 16:15
  17:17,20
  20:22
places
  7:13 10:13,
  15 11:20
plaintiff
  19:12
please
  4:9,22 6:13
point
  9:25
popped
  10:15

portion
  16:12
possession
  9:17
possibilities
  16:23
possible
  5:1 17:19
Potentially
  11:19
▮▮▮▮▮▮
  4:3,9,12,19,
  24 6:22
  7:15,24 8:4,
  19 9:6,25
  13:21 15:20
  17:23 19:11
  21:18 22:6
prepare
  5:25
prerecorded
  16:8
Probably
  12:1
proceed
  4:17 12:25
process
  10:2,11,23
  11:7 14:7
  17:8
processes
  11:5
produce
  7:5 9:22
  17:4
provide
  10:20 11:9
  14:23 16:1
provided
  11:13,17
  13:12 15:3
providing
  11:24
pull
  7:24 8:16
  9:4 15:17

purposes
  10:18 16:2
put
  6:12 12:3
pylum13@
gmail.com
  7:21
pylum@live.
com
  9:13 14:20
pylum@live.
com.
  7:22

Q

qualified
  11:5
qualify
  19:24
question
  5:9
questions
  5:3,8 19:2,
  15 21:18
quickly
  5:1

R

raise
  4:9
reached
  21:9
read
  16:14 22:5,7
real
  13:7
realize
  15:15
reason
  5:18 18:19,
  21 22:10
recall
  7:4 11:17
  12:19 16:15,

19 20:9 21:7
**receive**
  6:23 7:1,15
  12:23 16:1
**received**
  6:24 7:10,
  13,17,18
  8:10,24 9:19
  17:3,14,15
**recently**
  17:7
**recognize**
  15:20
**recollection**
  10:4 11:12,
  23 14:6 15:3
**record**
  4:5,23 21:25
  22:13
**recordings**
  16:9
**redirect**
  21:14
**refresh**
  14:6 15:2
**remember**
  5:22 6:25
  7:11 11:1,24
  17:9,15
**reporter**
  4:5,6,13,17
  21:22,24
  22:4,12
**represent**
  4:20 19:12
**Reprise**
  7:11 8:25
  9:20 13:22
  17:13 20:4,
  6,12,17,21,
  24 21:9
**Reprise's**
  19:13
**requested**
  7:4 15:7
**responded**
  18:16

**responding**
  6:20
**response**
  12:24 17:13
**responsive**
  7:8 8:13,20
  9:12,23
  14:23
**result**
  20:24 21:4
**results**
  11:7
**right**
  4:9 10:10
  12:8 13:11
  18:24 21:12
  22:4,12
**Roseburg**
  12:11
**rules**
  5:8

_____

**S**

_____

**says**
  13:22,23
  14:19 15:7,
  25
**screen**
  15:20
**scroll**
  7:15
**search**
  10:16 14:23
**searched**
  7:9,12,20
**seconds**
  21:16
**Security**
  14:17
**see**
  9:8 10:2
  13:22,25
  14:3 15:7
  16:12
**seeing**
  11:5 19:23

**seeking**
  15:6
**selection**
  16:8
**send**
  13:16 21:21
**sending**
  8:9
**setup**
  5:2
**sign**
  22:5
**simply**
  18:15
**sir**
  12:10
**site**
  11:4
**Social**
  14:17
**sort**
  19:24 20:16,
  24
**sounds**
  5:13 10:10
  12:5
**source**
  13:24
**spam**
  11:21 12:23
**specifically**
  11:1 16:10
  17:10 21:4
**spoken**
  6:4,8,10
**start**
  10:8 17:8
**started**
  10:2
**state**
  4:7,22 16:10
**subpoena**
  6:13,17,23,
  24 7:1,8
  8:14 9:12
  14:24 18:16
  20:9

**substantive**
  5:3
**successfully**
  13:16
**sure**
  21:21 22:7
**switched**
  18:3
**sworn**
  4:10,13
**systems**
  16:8

_____

**T**

_____

**take**
  5:2,17 19:6
**taken**
  5:5
**talk**
  8:18
**tell**
  5:4,16,18
  7:17,19 8:5,
  7 17:24
**telling**
  18:20,21
**tells**
  7:16
**testified**
  4:15
**testify**
  4:14 5:23
**testimony**
  18:19
**text**
  16:2
**texting**
  16:5
**texts**
  16:7
**Thank**
  21:19
**thing**
  15:19 19:17

**things**
5:22 19:24
**think**
6:17 8:23
10:8 20:20
21:12 22:9
**third**
16:5
**THURSDAY**
4:1
**time**
11:13,18,24
12:19 14:10
17:18,21
19:16 20:1,
8,16 21:19
**times**
18:4
**today**
5:19 14:12
18:12,14,20
19:16
**top**
13:23 21:11
**transcript**
22:1,5
**tree**
7:11 13:25
**true**
8:20 9:16
13:13 16:23
**truth**
4:14,15 5:19
18:20,22
**try**
4:25
**trying**
13:15,19
19:22
**twice**
10:6
**two**
7:19

---

### U

**unable**
5:18
**understand**
13:3 15:12
**understanding**
19:20,23
**understood**
13:8 20:1,10
**undertake**
7:7

---

### V

**various**
20:2
**version**
22:8
**voice**
16:9

---

### W

**wait**
6:22 10:20
**want**
12:23 19:17
22:6
**wanted**
16:22 19:5
**way**
5:2 19:16
**website**
15:22 20:3,
15 21:4
**websites**
17:11 21:2
**Weingart**
6:10
**went**
11:2,4 17:7
19:18
**Wilson**
6:4,6 8:12

9:7 15:13
19:12
**witness**
4:24 5:6,13
18:25 19:1
21:20 22:9
**written**
16:1

---

### Y

**Yeah**
4:24 8:9
13:11 14:8
18:2,15 19:8
21:15
**year**
10:7,8
**years**
18:3

---

### Z

**zips**
8:13