Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 783-0695

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

*Attorneys for Defendant*
*Freeway Insurance Services of America, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FREEWAY INSURANCE SERVICES OF AMERICA, LLC, <br><br> Defendant. | Case No. 6:25-cv-1869-MC <br><br><br> **DEFENDANT'S NOTICE OF INTENT TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STAY** |

Defendant Freeway Insurance Services of America, LLC, respectfully submits this notice and requests that the Court defer ruling on Plaintiff's Motion to Voluntarily Dismiss, for Extension of Time, and to Stay Discovery (ECF No. 20) until Freeway has filed its response within the time allowed under LR 7-1(f)(1).

Freeway does not contest Plaintiff's request to ultimately dismiss his individual claims with prejudice. But Freeway opposes the *sequencing* Plaintiff seeks: he asks the Court not to address Freeway's Motion to Deny Class Certification (ECF No. 19)—a motion Plaintiff's counsel forced Freeway to prepare and file, at substantial expense, after representing during conferral that he opposed the relief, only to capitulate immediately after Freeway presented it.

Freeway's pending motion is not routine. It documents (1) a high-volume "sue-and-settle" practice in which Plaintiff and his counsel have threatened to file—or actually filed—hundreds of putative class actions, not to benefit a class, but as a weapon wielded to extract better-than-the-statute settlements, with the vast bulk of the recovery going only to counsel; and (2) evidence raising substantial questions about whether a portion of the claims, originated by the undisclosed Heidarpour Law Firm—including potentially this one—are being manufactured by fraud. Freeway's pending discovery, which Plaintiff seeks to avoid responding to, is directed at those questions.

Because Plaintiff's motion would dispose of this case before the Court has any opportunity to consider that record, including the abuse of Rule 23 and this Court's processes, Freeway requests that the Court (1) defer ruling on ECF No. 20 pending Freeway's response; and (2) review Freeway's Motion to Deny Class Certification (ECF No. 19) in the interim. Freeway will file its response no later than the time set forth in LR 7-1(f)(1) or as otherwise ordered.

[SIGNATURE PAGE TO FOLLOW]

Page 2 – **DEFENDANT'S NOTICE OF INTENT TO RESPOND TO PLAINTIFF'S MOTION**

**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 783-0695

Dated: June 3, 2026

/s/ Ryan D. Watstein
Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 783-0695

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

*Attorneys for Defendant Freeway Insurance
Services of America, LLC*

Page 3 – **DEFENDANT'S NOTICE OF
INTENT TO RESPOND TO
PLAINTIFF'S MOTION**

**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 783-0695

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on June 3, 2026, I electronically filed the foregoing **DEFENDANT'S NOTICE OF INTENT TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STAY** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

DATED: June 3, 2026

/s/ *Ryan D. Watstein*
Ryan D. Watstein

Page 1 -  **CERTIFICATE OF SERVICE**

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:(503) 323-9000
Facsimile: (503) 323-9019