Docusign Envelope ID: F08F07B9-F58A-4135-BD26-653263E18984

## CONTINGENT FEE AGREEMENT

**CHET WILSON** ("Client") hereby retains **Heidarpour Law Firm, Paronich Law, P.C., Perrong Law** (collectively "the Attorneys"), and other lawyers they may need to associate with, to perform the legal services described below. The attorneys agree to perform these services faithfully and with due diligence.

1.  The Attorneys will investigate and prosecute potential bases for a class action suit against **FREEWAY INSURANCE SERVICES AMERICA, LLC** and/or associated entities, for transmitting telephone calls to the Client in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 (the "Class Action Claims"). I understand that the Attorneys have agreed to investigate claims and may assert claims on my behalf. The Attorneys make no guarantees or assurances with respect to the outcome of such a class action suit.

2.  I agree to be named by the Attorneys as a class representative in a suit asserting the Class Action Claims. I understand that as a class representative, I represent the interests of the entire class of consumers, and not just my own interest. I agree to cooperate fully in any discovery that is permitted of the class representatives, including the production of any documents. I understand that, at the Attorneys' discretion, other individuals may also serve as   additional class representatives. I understand that I must work with other class representatives   to serve the best interests of all class members. Client and the Attorneys affirm that Client is   not employed by nor related to any of the Attorneys.

3.  The Attorneys will advance all litigation costs and expenses that they determine are necessary for the investigation and prosecution of the Class Action Claims. I understand that   the Attorneys will be reimbursed for these costs and expenses, but only from any money   received in settlement or as a result of the entry of judgment.

4.  Unlike in personal injury cases, in TCPA cases, fees are negotiable rather than set by statute.   I understand that any attorneys' fees for services rendered regarding the Class Action Claims   will be contingent on a recovery from the defendant, and that my attorneys will receive their   out-of-pocket costs first. I understand that in most classwide resolutions, the court reviews   and awards appropriate attorney's fees. I agree that any attorney's fees for services incurred   prosecuting this litigation may be paid directly by the defendant to the attorneys and/or paid   from the net amount recovered for the entire class.

5.  I understand that the Attorneys will divide any attorney's fees recovered for the services rendered in prosecution of the claim as follows: 30% Heidarpour Law Firm PLLC, 60% Paronich Law P.C, and 10% Perrong Law. (Anthony Paronich will hire a local counsel). All attorneys carry liability insurance.

6.  I understand that I have no obligation to pay my attorneys' fees or costs except from amounts   collected on my behalf and on behalf of the class. If I incur any costs relating to my role as a  class plaintiff, my Attorneys will advance such costs. If class certification occurs, I  understand that the court controls the terms and conditions concerning the payment of  attorneys' fees and costs.

7.  In the event that this case is settled on an individual basis and not settled on a class action basis we will attempt to negotiate settlement/s for full statutory damages in the maximum amount of $500 for negligent violations and up to $1,500 for willful violations and independently negotiate our attorney's fees and costs; however, a negotiated settlement may range anywhere up to $1,500 per violation, which is the maximum that you may be entitled to recover under the statute. In the event we negotiate an individual settlement, that settlement may include payment of attorney's fees directly to us based on the amount of time spent on the matter multiplied by our hourly rates. At times, we may request the defendant apply a multiplier based on certain risk factors in bringing this action. The amount of payment of our attorney's fees (with or without a multiplier) may be greater than the amount of statutory damages you recover. You further agree that any amount obtained in excess of your statutory damages are either costs or attorney's fees and belong to us. *C M W*

8.  The contingency arrangement agreed upon if this action settles on an individual basis is that you will receive up to your full statutory damages depending if the violations are determined to be negligent or willful. The remainder will represent our attorney's fees and costs; Costs will be paid directly to us, independent from any statutory damages you receive. Our intention is that those costs will not reduce your recovery; Through the execution of this agreement, we are not agreeing to represent you in any additional matters not directly negotiated and discussed in this agreement. Any legal services not expressly outlined herein, must be negotiated separately; This contingency fee is not set by law, but is negotiable between us and you.

### Duties of Client as a Class Representative

A.  A class representative volunteers to represent many other people with similar claims and damages, because he/she believes: (1) it is important that all benefit from the lawsuit equally, (2) that a class lawsuit will save time, money and effort and will benefit all parties, and (3) that the class action is an important tool to assure compliance with the law, product safety and honest marketing practices.

B.  In order for Attorneys to effectively advocate Client's interests and the interests of all putative class members, Client's assistance and cooperation is required. Client agrees to accept the duty to assist and cooperate with Attorneys as fully as possible during the pendency of the class action. Client agrees and understands the duties as class representative, and agrees to:

1.  promptly furnish Attorneys with all information and documents in Client's possession or control when requested;
2.  be fully candid and truthful regarding all information and documents provided to Attorneys;
3.  represent the interests of all members of the class;
4.  always consider the interests of the class just as he/she would consider his/her own interests;

5.      participate actively in the lawsuit, such as by testifying at deposition and trial, answering written interrogatories and by keeping generally aware of the status and progress of the lawsuit;

6.      recognize and accept that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval and must be structured in the best interest of the class as a whole;

7.      keep the Attorneys advised of Client's current address and telephone number at all times while this case is pending; and,

8.      be generally knowledgeable with respect to the subject matter and progress of the lawsuit.

9.      client is to advise the attorneys in advance of seeking any further relief under the bankruptcy laws (which may result in transfer of Client's claim to a trustee).

C. Client understands that if the lawsuit proceeds as a class action, Client's share of any judgment or any settlement will be determined on the same basis as that used to determine the share of the amount received by members of the entire class and that Client is not entitled to special treatment due to service as class representative. Client also understands that Client may apply for an incentive/service award, but any such award and any amount is in the court's discretion.

D. Client understands that a certified class action case cannot be settled or dismissed without the approval of the court.

I have read this fee agreement and agree to its terms and have signed it as my free act and deed this 29th day of August 2025.

_____
Chet Wilson

Andrew Heidarpour
_____
Anthony Paronich

_____
Anthony Paronich

_____
Andrew Perrong