

DEFENDANT_000042