

CONFIDENTIAL

HLF_Freeway_0000007



CONFIDENTIAL