CASREF

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:26−mc−00099−ZMF

IN RE SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC
Assigned to: Magistrate Judge Zia M. Faruqui
Cause: Motion to Quash Subpoenas

Date Filed: 06/24/2026
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC**

**Petitioner**

| | | |
|---|---|---|
| **HEIDARPOUR LAW FIRM, PLLC** | represented by | **Neal Kumar Katyal**<br>MILBANK LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>202−835−7505<br>Email: nkatyal@milbank.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **FREEWAY INSURANCE SERVICES OF AMERICA, LLC** | represented by | **Attison L. Barnes , III**<br>WILEY REIN LLP<br>2050 M Street, NW<br>Washington, DC 20036<br>202−719−7000<br>Fax: 202−719−7049<br>Email: abarnes@wiley.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2026 | 1 | Emergency MOTION TO QUASH and Stay (Filing fee $ 52, receipt number 212126) filed by HEIDARPOUR LAW FIRM, PLLC. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Exhibits Part 1, # 4 Exhibits Part 2, # 5 Exhibits Part 3, # 6 Exhibits Part 4, # 7 Text of Proposed Order)(znmw). (Entered: 06/25/2026) |
| 06/25/2026 | | MINUTE ORDER STAYING SUBPOENA AND REFERRING MOTION TO MAGISTRATE JUDGE. It is hereby ORDERED that the subpoena served by Freeway Insurance Services of America, LLC on Heidarpour Law Firm, PLLC on May 20, 2026, in connection with the matter captioned *Wilson v. Freeway Ins. Servs. of Am., LLC*, No. 6:25−cv−01869−MC (D. Or. 2025), and attached as [1−3] Ex. A to Decl. of Matthew Laroche, *In re Subpoena to Heidarpour Law Firm, PLLC*, No. 26−mc−99 (D.D.C. June 24, 2026), is STAYED pending resolution of the 1 Emergency Motion to Quash. Pursuant to Local Civil Rules 72.1(b)(7) and 72.2(a), it is further ORDERED that a magistrate judge shall hear and determine the pending 1 Emergency Motion to Quash. SO ORDERED. Signed by Judge Richard J. Leon on 6/25/2026. (lcrjl3) (Entered: 06/25/2026) |
| 06/25/2026 | 2 | CERTIFICATE OF SERVICE by HEIDARPOUR LAW FIRM, PLLC re 1 MOTION TO QUASH (Filing fee $ 52, receipt number 212126) MOTION to Stay . (Katyal, Neal) (Entered: 06/25/2026) |

| 06/26/2026 | | CASE RANDOMLY REFERRED to Magistrate Judge Zia M. Faruqui for All Purposes. (znmw) (Entered: 06/26/2026) |
|---|---|---|
| 06/29/2026 | 3 | NOTICE by FREEWAY INSURANCE SERVICES OF AMERICA, LLC re 1 Motion to Quash,, Motion to Stay, (Barnes, Attison) (Entered: 06/29/2026) |
| 06/29/2026 | 4 | DECLARATION *of Ryan Watstein* by FREEWAY INSURANCE SERVICES OF AMERICA, LLC re 3 Notice (Other). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Barnes, Attison) (Entered: 06/29/2026) |
| 06/29/2026 | | MINUTE ORDER. Pursuant to the Local Rules, the District Judge previously referred this matter to a Magistrate Judge. This notice is to advise you of your right to litigate your case by consent before a United States Magistrate Judge for all purposes. See 28 U.S.C. § 636(c); Fed. R. Civ. P. 73; LCvR 73.1. A final judgment by a Magistrate Judge in consent matters may be appealed directly to the United States Court of Appeals like any other judgment of this Court. See LCvR 73.1. A Magistrate Judge may exercise this authority only if all parties voluntarily consent. Parties may consent by executing the Notice of Consent form available at https://www.dcd.uscourts.gov/sites/dcd/files/ConsentMagJudge2017FILL.pdf and submitting it to the Clerk of the United States District Court only. The parties are free to withhold their consent without risk of adverse consequences. Signed by Magistrate Judge Zia M. Faruqui on June 29, 2026. (lcab) (Entered: 06/29/2026) |
| 06/29/2026 | | MINUTE ORDER. It is hereby ORDERED that Respondent file its Opposition to Petitioner's Emergency Motion to Quash and Stay 1 on or before July 8, 2026. It is further ORDERED that Petitioner file its Reply on or before July 15, 2026. Signed by Magistrate Judge Zia M. Faruqui on June 29, 2026. (lcab) (Entered: 06/29/2026) |
| 06/29/2026 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Matthew J. Laroche, Filing fee $ 100, receipt number ADCDC–12516301. Fee Status: Fee Paid. by HEIDARPOUR LAW FIRM, PLLC. (Katyal, Neal) (Entered: 06/29/2026) |
| 06/29/2026 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Peter Farag, Filing fee $ 100, receipt number ADCDC–12516302. Fee Status: Fee Paid. by HEIDARPOUR LAW FIRM, PLLC. (Katyal, Neal) (Entered: 06/29/2026) |
| 06/29/2026 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Isabelle Laskero, Filing fee $ 100, receipt number ADCDC–12516303. Fee Status: Fee Paid. by HEIDARPOUR LAW FIRM, PLLC. (Katyal, Neal) (Entered: 06/29/2026) |