Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: 215-225-5529

Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. **6:25-cv-01869-MC** |
| | : | DECLARATION OF |
| Plaintiff, | : | CHET MICHAEL WILSON |
| | : | IN OPPOSITION TO |
| v. | : | MOTION TO DENY CLASS |
| | : | CERTIFICATION |
| FREEWAY INSURANCE SERVICES OF | : | |
| AMERICA, LLC, | : | TCPA (47 U.S.C. § 227) |
| | : | |
| Defendant. | : | DEMAND FOR JURY TRIAL |

---

### DECLARATION OF CHET MICHAEL WILSON
### IN OPPOSITION TO MOTION TO DENY CLASS CERTIFICATION

I, Chet Michael Wilson, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action. I am over the age of eighteen, I am competent to testify, I make this declaration based on my own personal knowledge, and would testify to the following.

2. I reside in Oregon. I submit this declaration in support of my opposition to Defendant Freeway Insurance Services of America, LLC's Motion to Deny Class Certification, ECF No. 19.

1

3. I am the subscriber and sole, customary user of my cellular telephone number, and I have been since I acquired it more than five years ago.

4. The number is my personal cell phone number. It is the *only* telephone number I have. I use it every day in the manner ordinary consumers use their personal cell phones, such as communicating with family and friends and managing my personal affairs.

5. I did not obtain the number for any business purpose and I do not hold it out to the public as a business line. I pay for the number through an ordinary consumer wireless plan, not a business account.

6. I have never authorized any person or entity to use my number as a placeholder, "dummy," or fake number, or to enter it into any website, form, or database.

7. My number is on the National Do Not Call Registry, and it has remained registered at all times relevant to this case. It is on the Registry because I want telemarketing calls and text messages to my number to stop.

8. Despite that registration, I receive a large volume of unsolicited telemarketing calls and text message calls. Many of the calls and message calls I receive are plainly intended for other people because they address me by names that are not mine and reference transactions, applications, or accounts that have nothing to do with me.

9. In June 2024, I received multiple telemarketing text message calls from or on behalf of Freeway on my number, soliciting the purchase of personal automobile insurance.

10. I have never had any account, relationship, or business dealings of any kind with Freeway. I never provided my telephone number to Freeway, never requested an insurance quote from Freeway, and never consented to receive calls or text messages from Freeway or anyone acting on its behalf.

11. I understand that Freeway attributes its text message calls to a lead form submitted on June 4, 2024 through a website called usautoinsurancenow.com, which I understand is operated by a third-party, EverQuote, under the name "Dorianne Plageman," with the email address drp.work21@gmail.com, requesting insurance quotes for a 2019 Mitsubishi Outlander.

12. I did not submit that form. I did not visit usautoinsurancenow.com or, to my knowledge, any other EverQuote website. I did not authorize anyone to submit that form or to enter my number into any insurance quote website.

13. I do not know, and have never heard of, anyone named Dorianne Plageman. The email address drp.work21@gmail.com is not mine and I have never used it. I have never owned, leased, or driven a 2019 Mitsubishi Outlander, and I have never sought an insurance quote for one.

14. I had no reason to submit, and would never submit, a form inviting telemarketing to my number. I registered my number on the Do Not Call Registry because I want the calls and texts to stop. I do not want more of them.

15. In addition to Freeway's text message calls, I have also received telephone calls to my number from EverQuote which are not the subject of this instant litigation.

16. I had no contact or communication of any kind with the Heidarpour Law Firm, or with anyone I understood to be associated with that firm, before October 3, 2024, which is approximately four months after the alleged June 4, 2024 lead submission described above.

17. I did not retain counsel in connection with the claims asserted in this case until 2025. I had no lawyer, and no relationship with any lawyer, connected to my claims against Freeway on or before June 4, 2024.

18. I played no role, direct or indirect, in the creation or submission of the June 4, 2024 lead, and I am aware of no involvement by any lawyer or law firm in its creation or submission. Indeed, at the time of that alleged submission, I had over 300 voicemails from various companies in my voicemail to which I did not consent.

19. I have filed a number of lawsuits under the Telephone Consumer Protection Act. I file them because my number, though registered on the Do Not Call Registry, continues to receive high volumes of unlawful calls, and because I know my rights under the statute.

20. The outcomes of my cases have differed because the facts of each case have differed. In some cases, the information developed in the case showed that class treatment did not make sense based on any number of reasons and after discussions with my attorneys in each case. Those cases were either dismissed or resolved on an individual basis.

21. No settlement I have entered into in any case has released, waived, or otherwise compromised the claims of any absent class member absent Court approval. Every individual resolution I have reached resolved only my own individual claims.

22. I have never recovered more than my maximum statutory damages in any settlement of any of my cases. My retainer agreement expressly caps my recovery at my statutory damages.

23. In connection with the resolution of certain of my cases, certain defendants have agreed to change their calling practices going forward, such as implementing certain policies to ensure unwanted or erroneous calls are not placed, including to the general public and myself.

24. In other cases, the information developed supported pursuing relief for a class, and I have pursued it. I am the proposed class representative in *Wilson v. PacifiCorp*, No. 6:24-cv-01956-AA (D. Or.), in which a motion for preliminary approval of a classwide consent settlement, negotiated for the benefit of the class, is currently pending.

25. In this case, I understand that Freeway conveyed an offer early in the litigation to resolve my individual claims for an amount several times the maximum I could personally recover. I declined that offer.

26. I later decided that I no longer wished to pursue this case, and I asked my counsel to dismiss my claims with prejudice, meaning that I give up my individual claims against Freeway forever and receive nothing for them. I made that decision after discussing the case with my counsel. I did not make it to conceal anything, because there is nothing to conceal.

27. I understand that Freeway has submitted to the Court statements that I have posted online, and that it argues those statements disqualify me from representing a class.

28. The statements I posted online were intended to be private and not publicly accessible. They reflect my personal political views. I understand that many people find some of those statements deeply offensive.

29. I dispute Freeway's characterization of my statements as calling for or threatening violence. I have never threatened or intended to incite violence against any person, including as a result of my political views and online postings.

30. My personal political views have never factored into any decision I have made in any lawsuit, and they will not factor into any decision I make in this one or in any other case I prosecute for the benefit of a class. I have never treated any person differently in any business, legal, financial, or other dealing on the basis of that person's race, religion, ethnicity, national origin, sex, sexual orientation, or gender identity, and I never would.

31. I understand the duties of a class representative. I understand that a class representative acts as a fiduciary for every member of the class, that he must place the interests of the class as a whole above his own individual interests, that he must consider the interests of

5

all class members just as he would consider his own, and that any resolution of class claims is subject to court approval and must be structured in the best interest of the class as a whole. I have agreed to those obligations, in writing, in my retainer agreement with my counsel, after they were explained to me, and I accept them.

32. I am committed to representing all potential class members, in this case and in all of my class actions, fairly and equally, expressly including Jewish class members, Black class members, and LGBT class members, each of whom I would represent with the same diligence and loyalty as any other member of the class.

33. My interest in any class case is the same as every other class member's, to obtain for each the recovery the statute provides for each unlawful call or text. Because my retainer agreement caps my own recovery at my statutory damages, I have no financial or any other interest in any outcome that would favor me at the expense of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this July 13, 2026, at Oregon.

_____

Chet Michael Wilson

6