Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695

*Attorneys for Defendant*
*Freeway Insurance Services of America, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>Defendant. | Case No. 6:25-cv-1869-MC<br><br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS, FOR EXTENSION OF TIME, AND TO STAY DISCOVERY** |

Page 1 – **DEFENDANT'S MOTION FOR**
**LEAVE TO FILE SURREPLY**

**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695

## CERTIFICATION UNDER LOCAL RULE 7-1(a)

In compliance with Local Rule 7-1(a)(1), counsel for Freeway Insurance Services of America, LLC ("Freeway") certifies that they have conferred with Andrew Perrong, counsel for Plaintiff, via telephone call on Tuesday, July 7, for the purpose of discussing this motion. Plaintiff's counsel stated during that conferral on July 7 that Plaintiff intends to oppose the motion. The parties were therefore unable to resolve the matter without Court intervention.

## MOTION

Freeway moves the Court, pursuant to Local Rule 7-1(e)(3), for leave to file the attached surreply in further opposition to Plaintiff's pending Motion to Voluntarily Dismiss, for Extension of Time, and to Stay Discovery (ECF No. 20). Freeway requests leave to file this brief surreply to address arguments raised for the first time in Plaintiff's reply brief (ECF No. 26).

"When a party has raised new arguments or presented new evidence in a reply to an opposition, the court may permit the other party to counter the new arguments or evidence." *Or. Nat. Desert Ass'n v. Cain*, 17 F. Supp. 3d 1037, 1048 (D. Or. 2014) (quoting *Jordan v. Terhune*, 2009 WL 276764, at *3 (E.D. Cal. Feb. 5, 2009)) (granting the defendant's motion for leave to file surreply even though it was doubtful the arguments were, "in fact, new"); *see also Cnty. of Multnomah v. Mortg. Elec. Registration Sys., Inc.*, 2013 WL 12210102, at *4 (D. Or. Apr. 18, 2013) (finding the plaintiff's reply brief "could be construed as introducing new arguments" and granting leave to file surreply).

Here, good cause exists for the Court to permit Freeway to file its proposed surreply. Plaintiff's reply brief relies extensively on five attachments proffered for the first time on reply, makes new arguments regarding operative contingency fee agreements, the propriety of blanket

**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695

power of attorney, and the propriety of his sue-and-settle model, relying on entirely new case law to support these arguments.

Because Plaintiff made or materially developed these points for the first time in reply, and because the reply contains new misstatements that must be corrected for an accurate record, the Court should grant Freeway leave to file the attached surreply.

Dated: July 20, 2026

/s/ Ryan D. Watstein
Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

*Attorneys for Defendant Freeway Insurance Services of America, LLC*

Page 3 –  **DEFENDANT'S MOTION FOR
LEAVE TO FILE SURREPLY**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 20, 2026, I electronically filed the foregoing Defendant's Motion for Leave to File Surreply in Further Opposition to Plaintiff's Motion to Voluntarily Dismiss, for Extension of Time, and to Stay Discovery with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

DATED: July 20, 2026

*/s/ Ryan D. Watstein*
Ryan D. Watstein

Page 1 -  **CERTIFICATE OF SERVICE**

**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695