FILED 22 JUL '26 14:34 USDC-ORE

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695

*Attorneys for Defendant*
*Freeway Insurance Services of America, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Case No. 6:25-cv-1869-MC |
| Plaintiff, | |
| v. | |
| FREEWAY INSURANCE SERVICES OF AMERICA, LLC, | |
| Defendant. | |

# CONVENTIONALLY FILED

Exhibits 5–8 to the Declaration of Ryan D. Watstein in Support of Defendant's Reply in Support of its Motion to Deny Certification, Docket No. 33



RECVD 22 JUL '26 14:34 USDC-ORE



**WATSTEIN**
**TEREPKA** <sup>LLP</sup>

James Ruley
jruley@wtlaw.com
404-991-2684

July 21, 2026

**VIA FEDEX (8746 8503 2185)**
Clerk of Court
Wayne L. Morse U.S. Courthouse
405 East Eighth Avenue, Suite 2100
Eugene, OR 97401

> **Re:** *Chet Michael Wilson v. Freeway Insurance Services of America, LLC*
> **Case No. 6:25-cv-1869-MC, U.S. District Court for the District of Oregon**

Dear Clerk of Court,

Pursuant to Local Rule 5-6(a) and the CM/ECF User Manual § 12, enclosed please find Exhibits 5 through 8 to the Declaration of Ryan D. Watstein in Support of Defendant Freeway Insurance Services of America, LLC's Reply in Support of Its Motion to Deny Class Certification:

1. Case cover page;
2. Exhibit 5 - Screen recording of June 12, 2026 Threads Post;
3. Exhibit 6 - Screen recording of June 17, 2026 Threads Post;
4. Exhibit 7 - Screen recording of June 27, 2026 Threads Post; and
5. Exhibit 8 - Screen recording of May 28, 2026 Threads Post.

Please let us know if we can assist further.

Best regards,

*/s/ James M. Ruley*
James M. Ruley

cc:   Chief U.S. District Judge Michael J. McShane
      Wayne L. Morse U.S. Courthouse
      405 East Eighth Avenue, Room 5700
      Eugene, OR 97401

      Andrew Roman Perrong
      Perrong Law LLC
      1669 Edgewood Road, Suite 218
      Yardley, PA 19067

---

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

 www.wtlaw.com           jruley@wtlaw.com           404-991-2684