Arden J. Olson, OSB No. 870704
arden.olson@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858 | Fax: 503.224.0155

Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
PERRONG LAW LLC
2657 Mount Carmel Ave
Glenside, PA 19038
Phone: 215.225.5529

*Attorneys for Plaintiff Chet Michael Wilson*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, inidividually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>Defendant. | Case No. 6:25-CV-1869-MC<br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Arden J. Olson of the law firm of Miller Nash LLP is hereby associated as additional counsel for plaintiff. Copies of all further pleadings and proceedings herein, except original process, must be served upon the undersigned attorney in addition to plaintiff's other counsel of record.

Dated: October 19, 2026

MILLER NASH LLP

*s/Arden J. Olson*
Arden J. Olson
*Attorneys for Plaintiff Chet Michael Wilson*